## Commonwealth *v.* Fuller, Appellant.

Submitted September 11, 1967. *Lester R. Fuller,* appellant, in propria persona; *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Goodman, Appellant.

Submitted September 18, 1967. *A. Benjamin Johnson, Jr.,* for appellant; *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.